UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, EASTERN MAINE MEDICAL CENTER, NATHAN LITTAUER HOSPITAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, ET AL.,<br><br>Defendants. | DECLARATION OF LAURIE KANE-LEWIS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER |

I, Laurie Kane-Lewis, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Chief Executive Officer of DFD Russell Medical Centers ("DFD Russell"), a federally qualified health center serving Central and Western Maine. DFD Russell is a 340B covered entity that would be compelled to leave the 340B Program due to Defendants' rebate program, if it goes into effect. I submit this declaration, not as a plaintiff, but in support of Plaintiffs' motion for a temporary restraining order. The facts in this declaration are based on my personal knowledge and experience, my review of DFD Russell's business records, and information provided to me by DFD Russell personnel with direct knowledge of those matters.

2. I have served as Chief Executive Officer of DFD Russell since 2004. Before that, I was Assistant Director and Chief Financial Officer of the Maine Primary Care Association, beginning in 1996. I have worked in non-profit healthcare my entire career, and I have worked with the 340B program since its inception.

3. I am familiar with Defendants' plan to replace the 340B program's current discount model with a rebate program for twenty-five popular drugs, starting January 1, 2027. I am also familiar with the notice the Health Resources and Services Administration ("HRSA") published on August 3, 2026 (the "Notice"),[1] and its October 1, 2026 approval of ten rebate plans covering eighteen drugs (the "Approved Plans").[2] I have reviewed the Notice and the relevant Plans and know what a shift from discounts to rebates would mean for DFD Russell: we could not remain in the 340B program at all.

**DFD Russell Serves a Rural, Elderly, and Low-Income Population**

4. DFD Russell provides primary care, including behavioral health, psychiatric care, medication-assisted therapy for substance use disorders, and preventive dental services to the people of Central and Western Maine from three locations. Behavioral health and psychiatric care are scarce in our area, and for many of our patients we are the only realistic source of that care.

5. Our service area is very rural. Our patient population skews elderly, and approximately 40 percent of our patients are covered by Medicare or are dually eligible for Medicare and Medicaid.

**DFD Russell's Financial Condition Has Deteriorated Sharply**

6. In 2021 and 2022, DFD Russell's overall net income was $644,267 and $512,098, respectively. Since then, we have lost money every year: $167,840 in 2023, $55,260 in 2024, and $159,428 in 2025, and we are projected to lose $493,063 in 2026. We are surviving on savings.

---

[1] 91 Fed. Reg. 48,883 (Aug. 3, 2026).

[2] The Approved Plans are posted on HRSA's website. *See* Health Res. & Servs. Admin., *340B Rebate Model Pilot Program*, https://www.hrsa.gov/opa/340b-model-pilot-program (last visited Oct. 5, 2026).

7. We currently have 40 days of cash on hand. Two years ago, we had more than 90. Our burn rate is roughly 25 days of cash per year.

8. We have already taken drastic measures to stay open. In August 2025, we closed our Bridgton location for lack of funding. We have also terminated a patient assistance coordinator position, eliminated two registered nurse positions, and did not fill our behavioral health position when our licensed clinical social worker retired.

9. We have not given cost-of-living raises in two years, which has made retention difficult.

10. We are also absorbing reimbursement shortfalls. The State of Maine has not provided a cost-of-living increase to our Medicaid prospective payment system ("PPS") rate in two years, and the Medicare PPS rate does not cover the cost of providing services. In addition, the One Big Beautiful Bill Act takes effect in January 2027—the same month Defendants' rebate mechanism would take effect—adding further downward pressure on our Medicaid revenue.

**The 340B Program Was DFD Russell's Only Margin, and It Was Already Disappearing**

11. The 340B program has never been a windfall for DFD Russell. Together with pandemic relief funds, our 340B savings were the only positive margin we had in 2021 and 2022.

12. We use our 340B savings to fund, among other things, behavioral health services, patient assistance, and nurse care managers. For years, we wrote off behavioral health services that patients' insurance did not cover, but we stopped doing that this year. We have also cut nurse care manager positions.

13. In recent years, our 340B net revenue has collapsed. In 2022, DFD Russell realized $1,072,712 in net 340B revenue. In 2023 the net was $919,241, and in 2024 it was

$913,800. In 2025, however, it fell to $230,337. Through July of this year, our net 340B revenue was just $94,319.

14. The cost of participating in the program has nearly tripled while the benefit has fallen. Our 340B program expenses have risen from $267,600 in 2022 to an annualized $727,652 in 2026. In three months of 2026— February, April, and July—the 340B program cost DFD Russell more than it returned. Thus, in those months, participating in a federal drug discount program made this health center poorer.

15. These losses have been driven in large part by large chain pharmacies such as Walmart, Hannaford, and Walgreens no longer paying the 340B differential.

**DFD Russell Cannot Float the Wholesale Acquisition Cost of the Rebate Program Drugs**

16. DFD Russell prescribes eleven of the eighteen drugs included in Defendants' rebate program.[3] A transition to purchasing at wholesale acquisition cost would require DFD Russell to front the full WAC of those drugs and then wait to be repaid through rebates.

17. DFD Russell is operating with a negative cash flow. We have lost money every year since 2023 and are drawing down our remaining cash reserves just to keep our doors open. We cannot front any additional cash to drug companies, much less take on the existential risk of non-payment.

18. My liquidity concerns are only compounded by the fact that there are no objective parameters that would require Defendants to take action against a drug company that fails to timely pay rebates or that inappropriately denies rebates. Instead, Defendants' enforcement

[3] Those drugs are: Eliquis, Enbrel, Farxiga, Januvia, Jardiance, Breo Ellipta, Janumet, Linzess, Tradjenta, Trelegy Ellipta, and Vraylar.

mechanism is purely discretionary, and drug companies could face no consequences for missing ten-day payment windows that threaten our survival.

**DFD Russell Does Not Have the Staff or the Systems to Comply**

19. DFD Russell administers its 340B program with existing staff who already have other responsibilities.

20. HRSA estimates that its rebate program would require five hours of work per covered entity per week and suggests that the work can be absorbed within existing operations.[4] That estimate clearly undercounts the administrative burden, particularly when you include backend reconciliation of paid and denied claims, which I believe would be the most labor-intensive part of the entire rebate mechanism.

21. Simply put, we have no one to absorb these additional responsibilities. We have already been forced to eliminate a patient assistance coordinator, two registered nurse positions, and a behavioral health clinician, and we have not given a cost-of-living raise in two years.

22. We have no one left to take on this work, and a health system that has cut positions and frozen raises for two years does not have the resources to hire a new, specialized employee for Defendants' rebate mechanism.

**DFD Russell Would Be Forced to Exit the 340B Program if Defendants' Rebate Mechanism Goes Into Effect**

23. At our current run rate, the 340B program nets DFD Russell approximately $161,690 a year, down from $1,072,712 in 2022. The costs to divert staff or hire a new employee to take on the burden of administering the rebate mechanism would exceed the entire remaining benefit of the program.

[4] 91 Fed. Reg. 35989, 35990 (June 15, 2026).

24. More simply, if Defendants' rebate program takes effect, the costs of participating in the 340B program would exceed its benefits, and DFD Russell would have to leave the program altogether. When that happens, the services our 340B savings support—behavioral health care provided without regard to insurance coverage, patient assistance, and nurse care management—will have to be cut or diminished. Our patients would have to travel for hours to obtain the care we provide them locally today, and for behavioral health and psychiatric care, there is frequently no alternative provider accepting new patients at any distance.

25. In sum, DFD Russell has used the 340B program for decades to reach patients who have nowhere else to go. If Defendants' rebate mechanism takes effect, it will drive out of the program the very kind of provider it was created to support.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October, 2026 at Leeds, Maine.

*/s/ Laurie Kane-Lewis*
Laurie Kane-Lewis