**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, EASTERN MAINE MEDICAL CENTER, NATHAN LITTAUER HOSPITAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, ET AL.,

Defendants.

**Case No.: 1:26-cv-00515-LEW**

**PROPOSED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to this Court's Order (ECF Doc. 12), counsel for Plaintiffs have conferred with counsel for Defendants, Michelle R. Bennett, Esq., Assistant Director of the U.S. Department of Justice Civil Division, Federal Programs Branch, and the parties jointly propose (1) that Plaintiffs' Motion for Temporary Restraining Order be converted to a Motion for Preliminary Injunction and (2) entry of the following schedule:

- Defendants' response to be filed by **November 3, 2026**.
- Plaintiffs' reply to be filed by **November 16, 2026**.
- Oral argument to be held during **the week of November 16, 2026** or **November 23–24, 2026**.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Melissa A. Hewey*
Melissa A. Hewey

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com

Karen L. Dunn
L. Rush Atkinson
Jude Volek
Lyle W. Gruby
Jenifer N. Hartley
**DUNN ISAACSON RHEE LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
ratkinson@dirllp.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Melissa A. Hewey, hereby certify that on October 14, 2026, I electronically filed the foregoing document with the Court's CM-ECF system, which automatically sends notification to all counsel of record.

A copy of the foregoing has also been sent to counsel for Defendants, Michelle R. Bennett, Esq. by email at Michelle.Bennett@usdoj.gov.

Dated: October 14, 2026

Respectfully submitted,

/s/ Melissa A. Hewey

Melissa A. Hewey
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com