**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,

*Plaintiffs*,

*v.*

ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, *et al.*,

*Defendants*.

Case No. 26-cv-00515

**CONSENT MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF 340B HEALTH, AMERICA'S ESSENTIAL HOSPITALS, ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND CHILDREN'S HOSPITAL ASSOCIATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Edward MacColl
THOMPSON, MACCOLL & BASS, LLC
15 Monument Square, 4th Floor
Portland, Maine 04101
Tel: (207) 774-7600
emaccoll@thomport.com

*Counsel of Record*

William B. Schultz*
Monica F. Sharma*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
msharma@zuckerman.com

**pro hac vice application forthcoming*

Proposed *Amici Curiae* 340B Health, America's Essential Hospitals, Association of American Medical Colleges, and National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association hereby move the Court for leave to submit their brief for the Court's consideration in support of Plaintiffs' Motion for Temporary Restraining Order (ECF No. 2). In support, *Amici* state and allege as follows:

1. This case raises important issues affecting matters of public health in this District.

2. *Amici* and their members have a strong interest in the resolution of the questions of law raised by the Plaintiffs' Complaint and Motion for Temporary Restraining Order, in the particulars set forth in their brief.

3. The participation of *Amici* will assist and be useful to the Court in its evaluation of those issues and will not result in unfair prejudice to any party.

4. Counsel for *Amici* has advised the parties of their intention to file this brief, and both parties consent to the filing of this *amicus* brief.

5. The proposed brief of *Amici* is attached to this Motion as Exhibit A.

WHEREFORE, *Amici Curiae* respectfully request that they be given leave to submit their brief in support of Plaintiffs' Motion for Temporary Restraining Order.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Edward MacColl*
Edward MacColl
THOMPSON, MACCOLL & BASS, LLC
15 Monument Square, 4th Floor
Portland, Maine 04101
Tel: (207) 774-7600
emaccoll@thomport.com

*Counsel of Record*

William B. Schultz*
Monica F. Sharma*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
msharma@zuckerman.com

*Counsel for Amici Curiae*

**pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, I caused the foregoing to be served via the Court's ECF filing system on all registered counsel of record.

*/s/ Edward MacColl*

*Counsel for Amici Curiae*