**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR. SECRETARY of the U.S. Department of Health and Human Services, *et al.*,<br><br>Defendants. | No. 1:26-cv-515-LEW |

**DEFENDANTS' POSITION ON MOTIONS TO INTERVENE**

Various drug manufacturers have moved the Court to intervene in the above-captioned action. *See* Dkt. No. 15 (AbbVie, Bristol-Myers Squibb, & Boehringer); Dkt. No. 33 (PhRMA). Defendants take no position on the aforementioned intervention motions.

Dated: October 21, 2026

Respectfully submitted,

BRENNA JENNY
Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney (N.Y. Bar Reg. No. 6125736)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW

Washington, DC 20005
Tel: (202) 616-3519; Fax: (202) 616-8460
E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*