**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-00515-LEW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Taylor D. Fawns of Kozak & Gayer, P.A. as counsel for Amicus Curiae, Greater New York Hospital Association. I certify I am admitted to practice before this Court.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Taylor D. Fawns*

*Counsel of Record*

Taylor D. Fawns
KOZAK & GAYER, P.A.
157 Capitol Street Suite 1
Augusta, ME 04330
(207) 621-4390
tfawns@kozakgayer.com

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, I caused the foregoing to be served via the Court's ECF filing system on all registered counsel of record.

*/s/ Taylor D. Fawns*

*Counsel for Amicus Curiae*