**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-00515-LEW |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF GREATER NEW YORK HOSPITAL ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3(e) and 7.1 of the U.S. District Court for the District of Maine, *amicus curiae* Greater New York Hospital Association, Inc. hereby states that it is a 501(c)(6) organization. It has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Taylor D. Fawns*

Taylor D. Fawns
KOZAK & GAYER, P.A.
157 Capitol Street Suite 1
Augusta, ME 04330
(207) 621-4390
tfawns@kozakgayer.com
*Counsel of Record*

Todd A. Nova*
T. James Junger*
HALL RENDER KILLIAN
HEATH & LYMAN, P.C.
330 E. Kilbourn Avenue, Suite 1250
Milwaukee, WI 53202
(414) 721-0464
tnova@hallrender.com
jjunger@hallrender.com

Brandon C. Helms*
HALL RENDER KILLIAN
HEATH & LYMAN, P.C.
101 W. Big Beaver Rd., Suite 745
Columbia Center
Troy, MI 48084
(248) 457-7847
bhelms@hallrender.com

Elizabeth P. Sawyer*
HALL RENDER KILLIAN
HEATH & LYMAN, P.C.
999 17th Street, Suite 800
Denver, CO 80202
(303) 557-2120
lsawyer@hallrender.com
*Counsel of* Amicus Curiae

**pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, I caused the foregoing to be served via the Court's ECF filing system on all registered counsel of record.

*/s/ Taylor D. Fawns*

*Counsel for Amicus Curiae*