# EXHIBIT F

## Partial Administrative Record 34253-54

HRSA
Health Resources & Services Administration
Office of Special Health Initiatives
5600 Fishers Lane
Rockville, MD 20857

September 4, 2026

**BY EMAIL**
[redacted]
Head, US Contracts & Pricing
Astellas Pharma US, Inc.
PII - Email

Dear [redacted]

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of the Rebate Model Effectuation Plan submitted by Astellas Pharma US, Inc. ("Astellas") on August 24, 2026, for Xtandi® (enzalutamide) (NDC-11s 00469-0125-99, 00469-0625-99, and 00469-0725-60), pursuant to the Notice Regarding 340B Rebate Model Pilot Program, 91 Fed. Reg. 48883 (Aug. 3, 2026) ("the Notice").

Based on this review, HRSA has determined that the plan cannot be approved as drafted. This letter identifies the deficiency that must be corrected before approval can be granted, along with several additional items that require clarification or confirmation. Astellas should submit a revised plan addressing the items below.

**Data Use Limitation (Section VIII.D of the Notice)**
The Notice requires that manufacturer plans confirm covered entity data received through the Pilot will not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot. The submitted plan does not include this affirmative commitment. While the plan describes data security, filtering, and de-identification practices in detail, it does not state that data will be limited in use to Pilot purposes only.

Astellas must submit revised plan language containing this commitment. The commitment should explicitly extend to both Astellas and its designated IT platform vendor, Second Sight Solutions, LLC, to ensure the limitation applies throughout the data submission and processing chain.

**Additional Items Requiring Clarification**
The following items do not independently prevent approval but must be addressed in the revised submission, either through additional plan language or written clarification, before HRSA finalizes its review:

- Standard for Extenuating-Circumstance Exceptions (Section VIII.B of the Notice)

The plan states that requests for exceptions to the 45-calendar-day data submission deadline will be evaluated "in accordance with Astellas' standard business practices," without describing those practices. Astellas should provide a description of, or attach, the criteria and process it will use to

evaluate such requests.

- Mandatory Reversal of Erroneous Claims

The plan requires covered entities to reverse any 340B claims submitted in error "immediately," with reversal credits offsetting future rebate payments. This requirement is not addressed in the Notice's baseline criteria. Astellas should clarify the operational basis for this requirement and confirm that it does not impose data submission or administrative burden on covered entities beyond what the Notice contemplates.

- Ninety-Day Notice Timeline (Section VIII.A of the Notice)

The plan commits to providing covered entities with at least 90 calendar days' notice before implementation. Given the compressed period between HRSA's target approval date and the proposed January 1, 2027, effective date, Astellas should confirm the specific date by which notice will be issued to covered entities and confirm that this date satisfies the 90-day requirement.

- Manufacturer Point of Contact

Astellas should confirm the correct email address domain as either: PHSPolicyInquires or PHSPolicyInquiries.

- Data Field Naming Consistency

The medical claims data dictionary in Appendix 2 refers to a field as "Physician ID," whereas the Notice and HRSA's review criteria refer to the corresponding field as "Rendering Physician ID." Astellas should confirm that these refer to the same data element.

Please submit a revised plan addressing the deficiency and clarifications to 340BPricing@hrsa.gov no later than **September 11, 2026**. Upon receipt, OPA will resume review of the plan consistent with the timeframes described in the Notice.

Please direct any questions regarding this letter to 340BPricing@hrsa.gov .

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs