# EXHIBIT H

## Partial Administrative Record 34300-01

HRSA
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

September 4, 2026

**BY EMAIL**
(b) (6) [redacted]

Dear (b) (6) [redacted]:

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of the Rebate Model Effectuation Plan submitted by AstraZeneca on August 24, 2026, for FARXIGA® (dapagliflozin), pursuant to the Notice Regarding 340B Rebate Model Pilot Program, 91 Fed. Reg. 48883 (Aug. 3, 2026) ("the Notice").

Based on this review, HRSA has determined that the plan cannot be approved as drafted. This letter identifies the deficiencies that must be corrected before approval can be granted, along with additional items that require clarification or confirmation. AstraZeneca should submit a revised plan addressing the items below.

**Missing Wastage/Undispensed-Unit Reporting Instructions (Section VIII.D of the Notice)**
The plan does not include instructions or a mechanism for covered entities to report wasted or undispensed units. The Notice requires that instructions for reporting wasted or undispensed units be included as part of the manufacturer's plan and communicated to covered entities. AstraZeneca must add a wastage-reporting mechanism and corresponding instructions to the plan.

**Purchasing and Encounter-Level Data (Section VIII.D of the Notice)**
The plan's medical claims data fields include Claim Number, Claim Line Number, and Service Provider ID, the last of which is described with reference to the healthcare entity where the patient received medication administration. The plan does not include a statement confirming that no purchasing (invoice-level) data is collected as part of the Pilot.

The Notice requires that manufacturer plans confirm no purchasing data or encounter-level data is requested as part of the Rebate Model. AstraZeneca should add an affirmative statement confirming no purchasing data is collected.

**Data Use Beyond Pilot Purposes (Section VIII.D of the Notice)**
The plan states that AstraZeneca will use Rebate Model Claims Data "to perform deduplication across channels without affecting 340B rebate payments or sharing claims data with other parties."

The Notice requires that covered entity data received through the Pilot not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot. The cross-channel deduplication use described may be a use beyond rebate effectuation for the Pilot itself. AstraZeneca must clarify how this use is consistent with the Notice's data-use limitation, notwithstanding the stated safeguards against affecting rebate payments or sharing data with other parties, or otherwise remove this provision. The revised plan should also include a commitment from Second Sight Solutions ("Second Sight"), the designated IT platform vendor, restricting its use of covered entity data to Pilot purposes.

**Additional Items Requiring Clarification**
The following items do not independently prevent approval but must be addressed in the revised submission, either through additional plan language or written clarification, before HRSA finalizes its review:

- MFP-340B Deduplication Scope (Section VIII.C of the Notice)

The plan states that AstraZeneca will use 340B and MFP claims data to conduct deduplication, and that when duplication is identified, "adjustments will be made to the MFP rebate," per AstraZeneca's MFP effectuation plans submitted to CMS. Avoiding 340B/MFP duplication is a legitimate objective recognized in the Notice, but under the Notice's framework, a 340B rebate should be denied or adjusted on MFP-duplication grounds only where the MFP is lower than the 340B ceiling price for the selected drug. Where the 340B ceiling price is lower than the MFP, the manufacturer must still provide access to the 340B ceiling price, and no basis exists to deny or reduce the 340B rebate on duplication grounds in that circumstance. AstraZeneca should confirm that any denial or adjustment of a 340B rebate on MFP-340B duplication grounds will occur only where the MFP is lower than the 340B ceiling price for the drug at issue, and that no 340B rebate will be denied or adjusted on duplication grounds where the 340B ceiling price is lower than the MFP.

Please submit a revised plan addressing the deficiencies and clarifications, to 340BPricing@hrsa.gov no later than **September 11, 2026**. Upon receipt, OPA will resume review of the plan consistent with the timeframes described in the Notice.

Please direct any questions regarding this letter to 340BPricing@hrsa.gov.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs