# EXHIBIT J

## Partial Administrative Record 34413-14

HRSA
Health Resources & Services Administration
Office of Special Health Initiatives
5600 Fishers Lane
Rockville, MD 20857

September 4, 2026

**BY EMAIL**
Christine Marsh
Senior Vice President, Value & Access
Boehringer Ingelheim Pharmaceuticals, Inc.
[redacted]@boehringer-ingleheim.com

Dear Christine Marsh:

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of the Rebate Model Effectuation Plan submitted by Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer") on August 20, 2026, for JARDIANCE® (empagliflozin), TRADJENTA® (linagliptin), and OFEV® (nintedanib), pursuant to the Notice Regarding 340B Rebate Model Pilot Program, 91 Fed. Reg. 48883 (Aug. 3, 2026) ("the Notice"). Based on this review, HRSA has determined that the plan cannot be approved as drafted. This letter identifies the deficiency that must be corrected before approval can be granted, along with an additional item that requires clarification. Boehringer should submit a revised plan addressing the items below.

**Data Use Beyond Pilot Purposes (Section VIII.D of the Notice)**
The plan does not include a statement addressing the permissible scope of use for covered entity data received through the Pilot. While the plan describes data security and PHI/PII safeguards, it does not affirmatively state that covered entity claims data will not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot.

The Notice requires that manufacturer plans include this affirmative commitment, covering both the manufacturer and any designated IT platform vendor. Boehringer should revise the plan to add a statement confirming that covered entity data received through the Pilot will not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot, and that this limitation applies equally to Berkeley Research Group ("BRG"), the designated IT platform vendor operating the Beacon platform.

**Additional Item Requiring Clarification**
The following item does not independently prevent approval but must be addressed in the revised submission, either through additional plan language or written clarification, before HRSA finalizes its review:

The plan requests approval "as soon as possible and by no later than September 24, 2026" but does not state a proposed effective date for implementation of the rebate model as to OFEV® and TRADJENTA®, which become subject to MFPs on January 1, 2027. Boehringer should confirm the proposed effective date for these two products and, if different from January 1, 2027,

explain the basis for the proposed timing.

Please submit a revised plan addressing the deficiency and clarification, to 340BPricing@hrsa.gov no later than **September 11, 2026**. Upon receipt, OPA will resume review of the plan consistent with the timeframes described in the Notice.

Please direct any questions regarding this letter to 340BPricing@hrsa.gov.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs