# EXHIBIT K

## Partial Administrative Record 34428-32

HRSA
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

September 24, 2026

**BY EMAIL**
Christine Marsh
Senior Vice President, Value & Access
Boehringer Ingelheim Pharmaceuticals, Inc.
[redacted]@boehringer-ingleheim.com

Dear Christine Marsh:

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of Boehringer Ingelheim Pharmaceuticals, Inc.'s ("Manufacturer")'s plan for participation in the revised 340B Rebate Model Pilot Program ("Pilot"), as described in the *Federal Register Notice* published August 3, 2026 (91 FR 48883) ("Notice"), that Manufacturer submitted on August 21, 2026 and subsequently amended, revised, and/or clarified through written submission dated September 11, 2026, in response to OPA's letter regarding plan deficiencies and/or ambiguities, dated September 4, 2026 (collectively, the "Manufacturer Plan").

The Manufacturer Plan for participation in the Pilot is approved effective **January 1, 2027**. OPA has determined that as of September 24, 2026, the Manufacturer Plan satisfactorily addresses each of the criteria set forth in the Notice. Approval of the Manufacturer Plan is contingent upon Manufacturer's continued compliance with such criteria. OPA will monitor Manufacturer's compliance with the criteria set forth in the Notice and effectuation of its Manufacturer Plan, including with respect to established payment timelines, denial documentation requirements, and reporting obligations. Changes to approved plans must be submitted to OPA for review and approval prior to implementation, including the mechanism by which covered entities are to acquire drugs included in the rebate model pilot. OPA will determine if the changes can take effect immediately or if they require a notification period to covered entities. The Secretary reserves the right to revoke Manufacturer's approval to participate in the Pilot at any time if Manufacturer's participation in the Pilot or effectuation of its Manufacturer Plan is not in compliance with the criteria set forth in the Notice or with its Manufacturer Plan.

Attachment #1 to this letter sets forth a summary of OPA's determination that the Manufacturer Plan meets each of the criteria set forth in the Notice.

Attachment #2 to this letter sets forth periodic reporting requirements with which, pursuant to the terms of the Manufacturer Plan and Notice, the Manufacturer agrees to comply.

This approval applies to the following National Drug Code (NDC)–11 products, which are selected drugs for initial price applicability year(s) [2026 / 2027] under the Medicare Drug Price Negotiation Program (MDPNP):

- JARDIANCE® (00597-0152-30, -37, -90; 00597-0153-30, -37, -90);
- TRADJENTA® (00597-0140-61, -30, -90);
- OFEV® (00597-0143-60; 00597-0145-60)

As a reminder, the Manufacturer must submit a copy of its final approved plan to HRSA for public posting on HRSA's website, to ensure consistency with the plan as approved by HRSA. Please provide a copy of the final approved plan for posting, no later than September 28, 2026, as a PDF file.

The Pilot only applies to sales of active selected drugs for initial price applicability year(s) 2026 and/or 2027, as identified on the Centers for Medicare & Medicaid Services (CMS) Medicare Drug Price Negotiation Selected Drug List, regardless of payer or indication, and only during each drug's applicable price applicability period.

If you have any questions regarding this approval or the requirements described above, please email HRSA at 340Bpricing@hrsa.gov.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

***Attachment #1: Summary of the Manufacturer Plan's Compliance with Notice Requirements***

**A. General Plan Requirements**

1. **IT Platform and Cost Responsibility.** The Manufacturer Plan meets the criteria set forth in section VIII.A.1. of the Notice. The Manufacturer Plan identifies Beacon Rebate Model platform as the applicable IT platform.
2. **Notice Period.** The Manufacturer Plan meets the criteria set forth in section VIII.A.2. of the Notice.
3. **Existing Distribution Mechanisms.** The Manufacturer Plan meets the criteria set forth in section VIII.A.3. of the Notice.
4. **Technical Assistance.** The Manufacturer Plan meets the criteria set forth in section VIII.A.4. of the Notice.
5. **Data Security and Field Limitation.** The Manufacturer Plan meets the criteria set forth in section VIII.A.5. of the Notice.
6. **Privacy and HIPAA.** The Manufacturer Plan meets the criteria set forth in section VIII.A.6. of the Notice.
7. **Covered Entity Exceptions.** The Manufacturer Plan meets the criteria set forth in section VIII.A.7 of the Notice. The Manufacturer Plan does not set forth any exception(s) that would not apply broadly to all covered entities.

**B. Covered Entities Submissions and Reporting Requirements**

1. **Submission Window.** The Manufacturer Plan meets the criteria set forth in section VIII.B.1. of the Notice. The Manufacturer Plan sets 45 as the number of days covered entities have from the date of dispense, with allowances for extenuating circumstances and other exceptions, including adjustments when a 340B status change occurs on a claim, to submit and report data required under the Notice.
2. **Data Filtering.** The Manufacturer Plan meets the criteria set forth in section VIII.B.2. of the Notice.
3. **Real-Time Reconciliation.** The Manufacturer Plan meets the criteria set forth in section VIII.B.3. of the Notice.
4. **Quarterly Price File.** The Manufacturer Plan meets the criteria set forth in section VIII.B.4. of the Notice.
5. **Periodic Reports.** The Manufacturer Plan meets the criteria set forth in section VIII.B.5. of the Notice.

**C. Rebate Mechanics**

1. **Calculation.** The Manufacturer Plan meets the criteria set forth in section VIII.C.1. of the Notice.
2. **Unit-Level Payment.** The Manufacturer Plan meets the criteria set forth in section VIII.C.2. of the Notice.
3. **Transition Accommodation.** The Manufacturer Plan meets the criteria set forth in section VIII.C.3. of the Notice.
4. **Payment Timing.** The Manufacturer Plan meets the criteria set forth in section VIII.C.4.

of the Notice.

5. **Denial Limitations.** The Manufacturer Plan meets the criteria set forth in section VIII.C.5. of the Notice.
6. **Scope Limitation.** The Manufacturer Plan meets the criteria set forth in section VIII.C.6. of the Notice.

**D. Data Elements**

The Manufacturer Plan meets the criteria set forth in section VIII.D.1., including all criteria set forth in the bullets thereunder. The data definitions for each field set forth in the Manufacturing Plan are consistent with definitions across other approved manufacturer plans. Covered entity data that is handled by technology platforms and received by manufacturers as a part of this Pilot should not be used for any purpose other than those explicitly identified in this Pilot. This limitation extends to any collecting, aggregating, sharing, or licensing of Pilot data by manufacturers or technology platforms.

***Attachment #2: Periodic Reporting Requirements***

As set forth in the Manufacturer Plan and section VIII.B.5 of the Notice, the Manufacturer acknowledges that it will provide HRSA/OPA with periodic reports consistent with the information outlined in the Notice, in a format and manner specified by HRSA/OPA. This Attachment #2 sets forth the applicable reporting specifications.

Manufacturer must agree to provide the Secretary with reports detailing 340B-rebate purchases, and information related to claim delays and denials. To facilitate transfer of this data, HRSA requests that Manufacturer submit reports via Application Programming Interface (API) submissions to the 340B Prime Vendor via the Apexus data warehouse, at least monthly, on the 15th of each month, beginning in February 2027. The Prime Vendor, which is recognized in the 340B statute (42 U.S.C. 256b(a)(8)), is operational and administrative in nature and akin to contractor support functions, including collecting data on HRSA's behalf.

Please register at www.login.warehouse.apexus.com to create an account for reporting and execute the applicable data use agreement, as soon as possible but no later than December 31, 2026, to facilitate timely reporting. Questions regarding data submissions and registration to the Apexus Data Warehouse may be directed to warehouse@apexus.com.

Manufacturer's periodic reports to HRSA must include the following data elements:

1. Unique Claim Identifier
2. Claim Submission Date
3. 340B ID
4. NDC–11 Purchased
5. Date of Service (Dispense Date)
6. Quantity
7. Unit WAC Price
8. Unit 340B Price
9. Rebate Amount
10. Rebate Date Paid
11. Rejection Reason (if applicable)

This information collection is associated with OMB Control No. 0906-0117.