# EXHIBIT L

## Partial Administrative Record 34613-14

HRSA
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

September 4, 2026

**BY EMAIL**
[redacted]
Director, 340B Strategy
Merck Sharp & Dohme LLC
[redacted]@merck.com

Dear [redacted]:

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of the Rebate Model Effectuation Plan submitted by Merck Sharp & Dohme LLC ("Merck") on August 24, 2026, for JANUVIA, JANUMET, and JANUMET XR, pursuant to the Notice Regarding 340B Rebate Model Pilot Program, 91 Fed. Reg. 48883 (Aug. 3, 2026) ("the Notice").

Based on this review, HRSA has determined that Merck's plan cannot be approved as drafted. This letter identifies the deficiency that must be corrected before approval can be granted, along with additional items that require clarification or confirmation. Merck should submit a revised plan addressing the items below.

**Data Use Beyond Pilot Purposes (Section VIII.D of the Notice)**
Merck's plan states that Merck may use data submitted through the Rebate Model to identify and address discounts in other payer channels, including by denying state Medicaid rebate requests where Rebate Model data demonstrates that a 340B rebate was paid to a covered entity on the same unit. The plan does not include a statement confirming that covered entity data received through the Pilot will not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot, by either Merck or Second Sight Solutions ("Second Sight"), the designated IT platform vendor.
The Notice requires that covered entity data received through the Pilot not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot. Merck must revise the plan to include an affirmative statement confirming this limitation, covering both Merck and Second Sight, and must reconcile that statement with the cross-channel deduplication use described in the plan.

**MFP-340B Deduplication (Section VIII.C of the Notice)**
The plan states that Merck reserves the right to address MFP-340B duplication through rejection or adjustment of 340B rebate requests, without conditioning that authority on the Maximum Fair Price (MFP) being lower than the 340B ceiling price for the drug at issue.
The Notice requires that a manufacturer's plan not permit denial of a 340B rebate based on eligibility, diversion, or Medicaid duplicate-discount concerns; such concerns must instead be routed through HRSA/OPA or statutory dispute resolution and audit mechanisms. The Notice

further provides that, under its framework, a 340B rebate should be denied or adjusted on MFP-duplication grounds only where the MFP is lower than the 340B ceiling price for the selected drug. Where the 340B ceiling price is lower than the MFP, the manufacturer must still provide access to the 340B ceiling price, and no basis exists to deny or reduce the 340B rebate on duplication grounds in that circumstance.

Merck must revise the plan to confirm that any rejection or adjustment of a 340B rebate on MFP-340B duplication grounds will occur only where the MFP is lower than the 340B ceiling price for the drug at issue, specifying the criteria and documentation process for making that determination on a claim-by-claim basis.

**Additional Items Requiring Clarification**
The following items do not independently prevent approval but must be addressed in the revised submission, either through additional plan language or written clarification, before HRSA finalizes its review:

- Program Integrity Initiative and Rebate Eligibility (Section VIII.C of the Notice)

The Notice requires that 340B rebates not be denied based on eligibility, diversion, or Medicaid duplicate-discount concerns, with such concerns instead routed through HRSA/OPA or statutory dispute resolution and audit mechanisms. Merck's plan states that rebate eligibility under the Rebate Model will be limited to covered entities and transactions that qualify under Merck's 340B Program Integrity Initiative. Merck should clarify whether and how the Program Integrity Initiative's eligibility criteria could result in denial of a rebate for a transaction that otherwise qualifies for 340B pricing and confirm how this process is reconciled with the Notice's requirements.

- Purchasing and Encounter-Level Data (Section VIII.D of the Notice)

The plan does not include an explicit, standalone statement confirming that no purchasing (invoice-level) data or encounter-level data is collected as part of the Pilot. Merck should add this affirmative statement.
Please submit a revised plan addressing the deficiency and clarifications, to 340BPricing@hrsa.gov no later than **September 11, 2026**. Upon receipt, OPA will resume review of the plan consistent with the timeframes described in the Notice.

Please direct any questions regarding this letter to 340BPricing@hrsa.gov.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs