# EXHIBIT M

## Partial Administrative Record 34680-81

HRSA
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

September 4, 2026

**BY EMAIL**
[redacted]
Novo Nordisk Inc.
[redacted]

Dear [redacted]:

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of the Rebate Model Effectuation Plan submitted by Novo Nordisk Inc. ("NNI") on August 24, 2026, for OZEMPIC, RYBELSUS, and WEGOVY, pursuant to the Notice Regarding 340B Rebate Model Pilot Program, 91 Fed. Reg. 48883 (Aug. 3, 2026) ("the Notice").

Based on this review, HRSA has determined that NNI's plan cannot be approved as drafted. This letter identifies the deficiency that must be corrected before approval can be granted, along with additional items that require clarification or confirmation. NNI should submit a revised plan addressing the items below.

**Data Use Beyond Pilot Purposes (Section VIII.D of the Notice)**
NNI's plan states that it will not use covered entity data received through the Pilot for any purpose other than those identified in the Pilot. [redacted]
The Notice requires that covered entity data received through the Pilot not be used, collected, aggregated, shared, or licensed for any purpose beyond the Pilot. The Notice does not provide for a manufacturer-defined exception to this limitation for the purpose described. NNI must revise the plan to remove or narrow this use. NNI must also confirm that this data-use limitation applies to Second Sight Solutions, the designated IT platform vendor, and not solely to NNI.

**MFP-340B Deduplication (Section VIII.C of the Notice)**
[redacted]
The Notice requires that a manufacturer's plan not permit denial of a 340B rebate based on eligibility, diversion, or Medicaid duplicate-discount concerns; such concerns must instead be

routed through HRSA/OPA or statutory dispute resolution and audit mechanisms. The Notice further provides that, under its framework, a 340B rebate should be denied or adjusted on MFP-duplication grounds only where the MFP is lower than the 340B ceiling price for the selected drug. Where the 340B ceiling price is lower than the MFP, the manufacturer must still provide access to the 340B ceiling price, and no basis exists to deny or reduce the 340B rebate on duplication grounds in that circumstance.

NNI must revise the plan to confirm that any rejection or adjustment of a 340B rebate on MFP-340B duplication grounds will occur only where the MFP is lower than the 340B ceiling price for the drug at issue, specifying the criteria and documentation process for making that determination on a claim-by-claim basis.

**Additional Items Requiring Clarification**
The following items do not independently prevent approval but must be addressed in the revised submission, either through additional plan language or written clarification, before HRSA finalizes its review:

- Covered Entity Exceptions (Section VIII.A of the Notice)

The plan commits to notifying affected covered entities of any exceptions that do not apply broadly to all covered entities but does not identify whether any such exceptions are currently proposed. NNI should confirm whether any exception categories apply and, if none, state so affirmatively. NNI should also confirm that HRSA will be notified of any such exceptions, consistent with the Notice's requirements.

Please submit a revised plan addressing the deficiency and clarifications, to 340BPricing@hrsa.gov no later than **September 11, 2026**. Upon receipt, OPA will resume review of the plan consistent with the timeframes described in the Notice.

Please direct any questions regarding this letter to 340BPricing@hrsa.gov.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs