# EXHIBIT N

## Partial Administrative Record 34765-68

HRSA
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

September 30, 2026

**BY EMAIL**
[redacted]
Novo Nordisk Inc.
[redacted]

Dear [redacted]:

The Health Resources and Services Administration (HRSA), Office of Pharmacy Affairs (OPA), has completed its review of Novo Nordisk Inc.'s ("Manufacturer's") plan for participation in the revised 340B Rebate Model Pilot Program ("Pilot"), as described in the *Federal Register Notice* published August 3, 2026 (91 FR 48883) ("Notice"). Manufacturer submitted its plan on August 24, 2026, and subsequently amended, revised, and/or clarified it through written submissions dated September 18, 2026, September 23, 2026, September 24, 2026, and September 25, 2026, in response to OPA's letters regarding plan deficiencies and/or ambiguities dated September 4, 2026, and September 23, 2026 (collectively, the "Manufacturer Plan").

The Manufacturer Plan for participation in the Pilot is denied. As the D.C. Circuit recently held, section 340B of the Public Health Service Act requires the Secretary of Health and Human Services "to affirmatively approve rebate models before the manufacturers may implement them." *Novartis Pharms. Corp. v. Kennedy*, 182 F.4th 1027, 1034 (D.C. Cir. 2026). OPA has determined that as of September 28, 2026, the Manufacturer Plan does not satisfactorily address each of the criteria specified in the Notice. Specifically, Manufacturer's proposed treatment of covered entity (CE) data under section VIII.D. of the Notice exceeds the data-use purposes identified in the Notice for the Pilot. Manufacturer's submissions to amend, revise, and/or clarify its original submission in response to OPA's letters identifying plan deficiencies and noncompliance with section VIII.D. of the Notice have not brought the Manufacturer Plan into compliance. The Manufacturer Plan continues to permit the Manufacturer to use covered entity data received as part of the Pilot for purposes other than those explicitly identified in the Notice for the Pilot. Attachment #1 to this letter sets forth OPA's determination with respect to each of the criteria set forth in the Notice, including the specific basis for denial under section VIII.D.

Manufacturer may submit a new plan for participation in the Pilot at any time. Any such submission must correct the deficiency identified in Attachment #1 without qualification or reliance on an interpretation of the Notice that would expand the permissible uses of CE data beyond those explicitly identified in the Notice. OPA will review any new submission under the standard Pilot review process described in the Notice. The implementation date of a future approved plan, if any, must be at the start of a quarter and provide no less than 90 days' notice to CEs before implementation.

As a reminder, a drug manufacturer without an approved plan under the Pilot must continue to make its covered outpatient drugs available to covered entities through an upfront discount.

If you have any questions regarding this determination, please email HRSA at 340Bpricing@hrsa.gov.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

***Attachment #1: Summary of the Manufacturer Plan's Compliance with Notice Requirements***

**A. General Plan Requirements**

1. **IT Platform and Cost Responsibility.** The Manufacturer Plan meets the criteria set forth in section VIII.A.1. of the Notice. The Manufacturer Plan identifies Beacon Rebate Model platform as the applicable IT platform.
2. **Notice Period.** The Manufacturer Plan meets the criteria set forth in section VIII.A.2. of the Notice.
3. **Existing Distribution Mechanisms.** The Manufacturer Plan meets the criteria set forth in section VIII.A.3. of the Notice.
4. **Technical Assistance.** The Manufacturer Plan meets the criteria set forth in section VIII.A.4. of the Notice.
5. **Data Security and Field Limitation.** The Manufacturer Plan meets the criteria set forth in section VIII.A.5. of the Notice.
6. **Privacy and HIPAA.** The Manufacturer Plan meets the criteria set forth in section VIII.A.6. of the Notice.
7. **Covered Entity Exceptions.** The Manufacturer Plan meets the criteria set forth in section VIII.A.7 of the Notice. The Manufacturer Plan does not set forth any exception(s) that would not apply broadly to all covered entities.

**B. Covered Entities Submissions and Reporting Requirements**

1. **Submission Window.** The Manufacturer Plan meets the criteria set forth in section VIII.B.1. of the Notice. The Manufacturer Plan sets 45 as the number of days covered entities have from the date of dispense, with allowances for extenuating circumstances and other exceptions, including adjustments when a 340B status change occurs on a claim, to submit and report data required under the Notice.
2. **Data Filtering.** The Manufacturer Plan meets the criteria set forth in section VIII.B.2. of the Notice.
3. **Real-Time Reconciliation.** The Manufacturer Plan meets the criteria set forth in section VIII.B.3. of the Notice.
4. **Quarterly Price File.** The Manufacturer Plan meets the criteria set forth in section VIII.B.4. of the Notice.
5. **Periodic Reports.** The Manufacturer Plan meets the criteria set forth in section VIII.B.5. of the Notice.

**C. Rebate Mechanics**

1. **Calculation.** The Manufacturer Plan meets the criteria set forth in section VIII.C.1. of the Notice.
2. **Unit-Level Payment.** The Manufacturer Plan meets the criteria set forth in section VIII.C.2. of the Notice.
3. **Transition Accommodation.** The Manufacturer Plan meets the criteria set forth in section VIII.C.3. of the Notice.
4. **Payment Timing.** The Manufacturer Plan meets the criteria set forth in section VIII.C.4. of the Notice.