# EXHIBIT O

## Partial Administrative Record 34942-55

An official website of the United States government Here's how you know



**340B Drug Pricing Program**

Contract Pharmacy Services

Educational Resources

Eligibility

Registration

Program Requirements

Duplicate Discount Prohibition

Orphan Drugs

Program Integrity

Recertification

Self-Disclosures

# 340B Rebate Model Pilot Program

The 340B Rebate Model Pilot Program (Pilot) provides a rebate mechanism through which qualifying drug manufacturers may effectuate the 340B ceiling price for certain drugs sold to covered entities, consistent with HRSA's statutory authority.

As the 340B Program has grown substantially in size and complexity over the past decade and a half, HRSA is implementing a rebate model Pilot to improve transparency and program integrity. Unlike the current upfront discount model, which provides limited visibility into individual 340B transactions, a rebate model requires claims-level identification of each transaction, allowing verification to occur before a rebate payment is issued. This approach helps address compliance concerns proactively, rather than relying primarily on retrospective reviews, audits and dispute resolution processes. It also supports compliance with statutory non-duplication requirements under the Medicare Drug Price Negotiation Program. The claims-level data is also expected to support better-informed oversight and long-term stewardship of the program.

For full detail, see the Federal Register Notice: *Notice Regar[...] 340B Rebate Model Pilot Program* (PDF - 316 KB), 91 FR 48,88[...]

Manufacturer Notices to Covered Entities

Manufacturer Resources

340B Administrative Dispute Resolution Process

340B Office of Pharmacy Affairs Information System

**340B Rebate Model Pilot Program**

Program Updates

FAQs

(Aug. 3, 2026).

## Approved manufacturer 340B Rebate Model plans

The following plans have been approved by HRSA for participation in the 340B Rebate Model Pilot Program. Each plan met the requirements outlined in the *Federal Register Notice*. A copy of each manufacturer's final approved plan is linked below.

| Manufacturer | Selected Drug Name | Contact Email |
|---|---|---|
| AbbVie, Inc. | IMBRUVICA, LINZESS, VRAYLAR | 340BRebateModel@abbvie |
| Amgen, Inc. | ENBREL, OTEZLA, OTEZLA XR | 340BRelations@amgen.co |
| Astellas Pharma US, Inc. | XTANDI | PHSInquiries-sm@astellas |
| AstraZeneca Pharmaceuticals LP | FARXIGA | 340B@astrazeneca.com |

| Manufacturer | Selected Drug Name | Contact Email |
|---|---|---|
| | | |
| Bristol Meyers Squibb Company | ELIQUIS, POMALYST | BMSRebateModel@bms.cc |
| Boehringer Ingelheim Pharmaceuticals, Inc. | JARDIANCE, OFEV, TRADJENTA | 340brebatemodel.rdg@bo ingelheim.com |
| GlaxoSmithKline (GSK) | BREO ELLIPTA, TRELEGY ELLIPTA | US.340B@gsk.com |
| Merck Sharp & Dohme LLC | JANUVIA, JANUMET, JANUMET XR | 340Brebate@merck.com |
| Pfizer Inc. | IBRANCE | Pfizer340BRebates@pfizer |

| Manufacturer | Selected Drug Name | Contact Email |
|---|---|---|
| Teva Pharmaceuticals | AUSTEDO, AUSTEDO XR | Teva340B@tevapharm.cor |

## How the Pilot Works

Covered entities continue to purchase selected drugs through their existing 340B wholesaler account. Manufacturers must structure plans so purchases flow through existing distribution mechanisms (e.g., WAC prices loaded into the 340B wholesaler account), avoiding the need for separate ordering systems. Covered entities should not order Pilot drugs through any other account (e.g., WAC-only or GPO accounts) if they intend to seek a rebate on that drug.

### Rebate calculation

Rebates equal WAC minus the 340B ceiling price on the date of dispense, paid at the unit level rather than

### Payment timeline

Manufacturers must pay or deny (with documentation) all rebates within 10 calendar days of a completed

### Claims submission window

Covered entities will submit claims data to the IT platform within 45 calendar

by accumulation of a full package size.

data submission. If a submission is returned as incomplete, the 10-day clock restarts when all necessary data is submitted.

days from the date of dispense, with allowances for extenuating circumstances and other exceptions, including 340B-status changes.

### Transition accommodation

Plans must accommodate up to 2 unreplenished accumulated packages during implementation, with a 15-calendar day grace period before the

### Ceiling price files

Manufacturers must make a quarterly 340B ceiling price file (by 11-digit NDC) available via the IT platform, to support Medicaid billing and sliding-fee-

### Scope

The Pilot applies only to active selected drugs for IPAY 2026/2027 on the CMS Selected Drug List, regardless of payer or indication, during each drug's price applicability period.

| | | |
|---|---|---|
| Pilot's effective date. Claims are still due within 45 days of dispense. | scale calculations or cost sharing with patients. | |

### Rebate denials — what's not allowed

Rebates may not be denied for covered-entity eligibility, diversion, or Medicaid duplicate-discount concerns — those must be raised with HRSA or, as applicable, pursued through statutory audit and ADR mechanisms. Other denials require documented rationale, and rebates may not be denied for perceived lack of WAC purchases. Covered entities may report denial concerns to 340BPricing@hrsa.gov.

### IT platform costs

All costs of the IT platform used for data submission must be borne by the manufacturer.

## Approved data fields

HRSA limits covered-entity data submission to the following fields, necessary to effectuate the rebate:

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
|---|---|
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx Number | Claim Number |
| Fill Number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |
| Health Plan ID Qualifier (if available) | |

The submission of purchasing data and encounter-level data are not permitted as part of the Pilot at this time. Data definitions for each field must be submitted with the plan for HRSA approval and made available to covered entities.

Additional data handling requirements:

- Covered entities must be permitted to resubmit data if a rebate request is deemed incomplete.
- Plans must include instructions for reporting wasted or undispensed units.

- Data received by manufacturers or their technology platforms under the Pilot should not be used for any purpose other than those explicitly identified in the Pilot. This limitation extends to any collecting, aggregating, sharing, or licensing of Pilot data by manufacturers or their technology platforms.

## How the pilot will be evaluated

HRSA will evaluate the Pilot using a combination of quantitative and qualitative methods to assess its operational impact and effectiveness.

### Quantitative measures

Data submitted by participating manufacturers and covered entities regarding rebate requests, rebate payments, payment timeliness, claim

### Qualitative feedback

Collected through stakeholder engagement activities, including written feedback, listening sessions, technical assistance interactions, and other implementation-related

### Program integrity review

HRSA will also review information relating to administrative burden, duplicate discount prevention, data quality, and program integrity, and may use Pilot data during reviews of routine 340B

| | | |
|---|---|---|
| denials, dispute resolution outcomes, reporting burden, and other operational metrics. | communications. | audits of covered entities and manufacturers. |

### Ongoing monitoring & reporting

HRSA intends to conduct ongoing monitoring throughout the Pilot and will publish interim periodic summaries of implementation findings and lessons learned on its public-facing website.

### Final evaluation

Upon conclusion of the first year of Pilot operations, HRSA will publish an evaluation by **April 30, 2028**. To the extent practicable and consistent with applicable law, any public or aggregated information regarding Pilot performance will exclude confidential, proprietary, or individually identifiable information.

## FAQs

If you have a question related to the 340B Rebate Model Pilot Program that is not covered on this page or in the FAQs below, please submit your question to 340BPricing@hrsa.gov.

## General

Why is HRSA implementing a revised Pilot Program? +

Are manufacturers permitted to request data fields other than the data elements described in the Federal Register Notice? +

Is the rebate model only for drugs dispensed in a retail setting? +

Are all other drugs that are not subject to the rebate model pilot program still offered at the upfront 340B discount? +

Which entity types are subject to the rebate model pilot program? +

Can you spell out what the reconciliation looks like? What protections are in place to ensure issues are resolved quickly? +

How are rebates calculated? +

How will compliance be tracked in the 340B rebate model pilot program? +

Can covered entities dispense a drug prior to making a WAC purchase? +

How is the Pilot protecting patients' access to care? +

## Covered entities

**How will covered entities know which manufacturers are participating in the rebate model pilot program, what data they are requiring, and for which drugs?** +

**What do each of the allowable data fields mean?** +

**How should BIN, PCN, and Health Plan fields be marked for uninsured or cash-paying patients?** +

**How should covered entities order 340B drugs subject to rebates?** +

**What if there are unreplenished 340B accumulations in my accumulator after implementation of the rebate model pilot?** +

**What should I do if I do not receive a rebate within 10 days of submitting claims data?** +

**How will covered entities know what the 340B ceiling price is at the time of dispense?** +

**What acquisition cost should I use for Medicaid billing purposes?** +

**Where will covered entities be submitting their data?** +

**What is the process to resolve issues or denials for 340B rebates under the Pilot?** +

**How can covered entities give feedback or raise concerns during the Pilot?** +

## Manufacturers

**Can a manufacturer implement a rebate model without receiving HRSA's approval?** +

**Can manufacturers modify their approved Rebate Model Plan?** +

**How should manufacturers provide periodic reports to OPA?** +

**When does the clock start on the 10-day requirement to pay rebates to covered entities?** +

**When evaluating rebate requests for eligibility, what criteria may manufacturers use to determine if a claim is eligible for rebate?** +

**Can a manufacturer make changes to their approved Pilot plan?** +

**If new NDCs are added to IPAY 2026 (or 2027), how can a manufacturer ensure those NDCs are also available under the Pilot?** +

**Can a manufacturer delay paying rebates until wholesaler information confirms enough WAC purchases have occurred for the rebate claims submitted?** +

**Can manufacturers evaluate the claims data provided by covered entities, beyond determining if a rebate is due?** +

**What claims should a manufacturer include when submitting periodic reports to OPA?** +

**What ongoing reporting must manufacturers submit to HRSA, and will any of it be public?** +

**Can drugs be sold as a direct purchase to covered entities under the Pilot?** +

**Will HRSA publish information on rebate denials and disputes?** +

**When will HRSA evaluate the Pilot?** +

**Date Last Reviewed:** October 2026

Return to top

**Sign up for email updates.** Subscribe

**Find a Medically Underserved Area**

Search the data

Bureaus & Offices

Newsroom

Budget

EEO

Working at HRSA

About HRSA

HRSA
Health Resources & Services Administration

Contact Us

Accessibility | Disclaimers | Freedom of Information Act | Health and Human Services | No FEAR Act | Privacy Policy | USA.gov | Viewers & Players | Vulnerability Disclosure Policy | WhiteHouse.gov